PHILADELPHIA MORTGAGE & TRUST COMPANY, APPELLEE,
    v. BUCKSTAFF BROTHERS MANUFACTURING COMPANY
    ET AL., APPELLANTS.

FILED DECEMBER 5, 1900.    No. 9,318.

·Order of Sale: CONFIRMATION: LIMITATION. A failure to return an order of sale in the execution of a decree in foreclosure proceedings within sixty days, is no sufficient reason for withholding confirmation of a sale made thereunder.

APPEAL from the district court for Lancaster county. Heard below before HOLMES, J. *Affirmed.*

*A. B. Coffroth*, for appellants.

*S. L. Geisthardt*, contra.

HOLCOMB, J.

On a motion to confirm a sale of real estate made by the sheriff in pursuance of a decree entered in foreclosure proceedings, objections were interposed on the ground that the order of sale was not returned within sixty days. A failure to return an order of sale in the execution of a decree in foreclosure proceedings within sixty days is no sufficient reason for withholding confirmation of a sale made thereunder. *Amoskeag Savings Bank v. Robbins*, 53 Nebr., 776; *Philadelphia Mortgage & Trust Co. v. Hutchins*, 61 Nebr., 2, decided at the present sitting.

The judgment is

AFFIRMED.